

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2020

No. 04-20-00007-CV

**AKF GROUP LLC,**
Appellant

v.

Keath **GARRISON** and Kassie Garrison, Individually and as Next Friend of Karrah Garrison and Maycie Garrison, Minors; Haela Garrison; Ernest D. Copelin, Individually and as Representative of the Estate of Roper T. Nathon Copelin, Deceased' and Tangela M. Copelin, Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to Extend Time to File Appellant's Reply Brief is hereby GRANTED. Time is extended to April 13, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court